UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JOHN MATEO et al. | Case No. 24-cr-10390-ADB |

## INTERIM STATUS REPORT

Pursuant to Local Rule 116.5(b), the government submits the following interim status report, with assent from counsel for the defendants, in connection with the interim status conference scheduled for July 25, 2025.

(1)  <u>Request for a Rule 11 Hearing by Defendant Andrew Mateo</u>

Defendant Andrew Mateo requests that the case as to him be transferred to the district judge for a Rule 11 hearing.

(2)  <u>Automatic Discovery/Pending Discovery Requests</u>

The United States produced automatic discovery pursuant to Fed. R. Crim. P. 15 and Local Rules 116.1(c) and 116.2 on February 12, 2025, an April 23, 2025.  The United States does not, at this time, anticipate providing additional discovery, other than discovery that falls within the scope of Local Rule 116.2(b)(2) (discovery that is provided not later than 21 days before the trial date) and discovery pursuant to 18 U.S.C. § 3500 (Jencks statements).  There are no pending discovery requests.

(3)     Protective Orders

On February 5, 2025, the Honorable Julia E. Kobick, United States District Judge for the District of Massachusetts, issued a protective order applicable to items produced in discovery in this case.  A copy of that protective order was provided to counsel with the discovery.

(3)     Pretrial Motions

No pretrial motions under Fed. R. Crim. P. 12(b) have been filed at this point.

(6)     Expert Discovery

The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)     Speedy Trial Act

All of the time has been excluded from the date of the indictment on December 18, 2024, through the date of the interim status conference scheduled for July 25, 2025.  The parties request that the time from July 25, 2025, until the next status conference be excluded because this time will be used for purposes to include the review of discovery by the defense and discussion of any outstanding discovery issued by the parties. Therefore, the parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

(8)     Next Status Conference

Given all of the foregoing information, in particular the need for defense counsel to review much of the discovery with the defendants and assess whether any additional requests or motions or necessary, the parties request that the initial status conference, scheduled for July 25, 2025, be

canceled. The parties, except for defendant Andrew Mateo, request a final status conference in approximately 60 days. Defendant Andrew Mateo, as stated above, requests a Rule 11 hearing.

                                            Respectfully submitted,
                                            LEAH B. FOLEY
                                            United States Attorney

                                            */s/ Charles Dell'Anno*
                                            Charles Dell'Anno
                                            Assistant U.S. Attorney

Dated: July 24, 2025

## CERTIFICATE OF SERVICE

    Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Charles Dell'Anno*
Charles Dell'Anno
Assistant U.S. Attorney

Dated: July 24, 2025